THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN BROWN, Appellant.

Submitted May 22, 2006; decided June 6, 2006

Motion for assignment of counsel granted and Laura R. Johnson, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.